UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PRISCILIANO CRISTOBAL BONIFACIO,    :
:
                Plaintiff,    :
:      22-CV-4646 (VSB)
       -against-    :
:      **ORDER**
GREAT CHINA RESTAURANT, et al.,    :
:
               Defendants.    :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        Plaintiff filed this action on June 3, 2022, (Doc. 1), and filed affidavits of service on July 1 and July 5, 2022, (Docs. 5–6).  The deadline for Defendants to respond to Plaintiff's complaint was July 13, 2022.  (*See id*.)  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 22, 2022.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 15, 2022
             New York, New York

                                                              VERNON S. BRODERICK
                                                                 United States District Judge