UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
PRISCILIANO CRISTOBAL BONIFACIO,                       :
                                                       :
                                    Plaintiff,         :
                                                       :          22-cv-4646 (VSB)
                      -against-                         :
                                                       :          **ORDER**
                                                       :
GREAT CHINA RESTAURANT, et al.,                        :
                                                       :
                                    Defendants.        :
------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on June 3, 2022, (Doc. 1), and filed affidavits of service on July

1 and July 5, 2022, (Docs. 5–6).  On July 15, 2022, I ordered Plaintiff to seek a default judgment

in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later

than July 22, 2022, or otherwise risk dismissal of the case for failure to prosecute pursuant to

Federal Rule of Civil Procedure 41(b).  (Doc. 7.)  Plaintiff has not sought default judgment

against Defendants in accordance with Rule 4(H) of my Individual Rules by the deadline.  It is

hereby:

        ORDERED that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated:    July 25, 2022
          New York, New York        _____
                                    VERNON S. BRODERICK
                                    United States District Judge